John Shek
2220 Santiago Street
SanFrancisco , Ca 94116
In Forma Pauperis

**DENIED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA –SAN-FRANCISCO DIVISION

| | |
|---|---|
| John Shek | ] Case No : CV-11-0212 MEJ |
| | ] Action filed Jan 13,2011 |
| Plaintiff | ] **MOTION FOR EXTENDING TIME** |
| V. | ] **Pursuant to Fed. Rule of Civil Procedure** |
| NLRB | ] **Rule 6**. |
| & | ] |
| California Nurses Association/ | ] |
| Caregivers & Healthcare | ] |
| Employees Union ,et al., | ] March 31,2011 10 :00 AM Dept B   15th Fl |
| Defendants | ] Hearing Judge :  Honorable Maria-Elena James |

 Plaintiff make this motion to continuance pursuance to Rule 6.  Motion for extending time to file Opposition to Defendants ( NLRB ) motion to dismiss

 DEFENDANT ( N.L.R.B ) asserting the District Court is lack of Jurisdiction over NLRB and Asserting that Plaintiff relying on Fed.rule 201

 NLRB Proof of service by mail is Feb. 23,2011. **See Exh A**

 Plaintiff receive today ( Feb.24,2011) Plaintiff need time to file opposition.  **Emphasis** Plaintiff just received today Feb.24,2011..

Plaintiff will be out of town this weekend therefore Plaintiff requesting an extention to file opposition pursuant to **Fed. Rule 6**

 Plaintiff received California Nurses association 's motion to dismiss asserting 6 months statute of limitation is erroneously asserted.  Defendants ( California Nurses

1  Association filed on Feb.13,2011.   Defendants proof serve by mail on Feb.14,2011.   Plaintiff
2  Received on Feb.16,2011.
3      Civil Procedure for extra time to respond to Defendants motion is with good cause , the
4  hearing Defendants set for on March 31,2011.
5
6      I Declared under the penalty of perjury that the foregoing is true and correct
7  Executed in SanFrancisco , California  on Feb 24,2011
8
9  Respectfully submitted
10
11 *[signature]*
12 John Shek
13 In Pro Per
14 Feb. 24,2011
15
16 As Plaintiff has failed to show why he is unable to file his opposition by March 10, 2011, as required
17 under Civil Local Rule 7, his request is DENIED.
18 Dated: February 25, 2011

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2