IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHEK,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT NATIONAL LABOR RELATIONS, REGION 32, and CALIFORNIA NURSES ASSOCIATION C.H.E.U.,<br><br>    Defendants.<br>                               / | No. C 11-00212 WHA<br><br>**NOTICE REGARDING CORRESPONDENCE** |

For reasons unclear, the appended material was sent to the Court (received yesterday).

Dated: March 30, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE



John Shek
Mailing address
2220 Santiago Street
SanFrancisco, Ca 94116

C.N.A / C.H.E.U
Ms .Holly Miller Esq
2000 Franklin street
Oakland , Ca 94609

NLBR Region 32
Ms Nina Schichor
1301 Clay Street  # 300 N
Oakland , Ca 94612

Re : Meet and Confer  March 28,2011 , March 29,2011, March 30,2011, March 31,2011
     Federal District Court of SanFrancisco, California Case # 11- CV- 0212 WHA

Dear Ms Miller and Ms Schichor

    I received you letter Federal Ex to me today.   I received your letter Dated March 17,2011 on
March 22,2011 you have C.C. to Mr Moskowitz.  I am available to meet on


March 28,2011 from 8:00 AM to 17:00 PM
March 29,2011 from 8: 00AM to 17:00PM

On March 30,2011 after 13:00 PM to 17:00PM
On March 31,2011  We can meet in the Fed. District Court Attorney conference room since
The hearing was off schedule

If you have any question , please feel free to call me at  (415) 681-3618 or (415)975-1451
Both were my sister's phone.  I have been harassed so much don't have a cell phone

This letter will be sent by Priority m

Sincerely yours

*[signature: Jn Shek]*

John Shek
3/24/11

### Shek v. United States Government, National Labor Relations Board, Region 32 and California Nurses Association/C.H.E.U., (U.S. District Court, N.D. Cal., San Francisco Div., Case No. 11-CV-00212-WHA)

From: Holly Miller <hmiller@nationalnursesunited.org>
To: 'shekrjohn@aol.com' <shekrjohn@aol.com>; 'john_shek@live.com' <john_shek@live.com>
Cc: 'Schichor, Nina' <Nina.Schichor@nlrb.gov>
Date: Fri, Mar 25, 2011 10:04 am
Meet_and_Confer_3.17.11.pdf  NLRB_meet_and_confer_ltr_to_shek_and_cna.pdf  Ltr_Shek_re_Meet_&_Confer_032311.pdf

March 25, 2011

Re:  Shek v. United States Government, National Labor Relations Board, Region 32 and California Nurses Association/C.H.E.U.,
U.S. District Court, N.D. Cal., San Francisco Div., Case No. 11-CV-00212-WHA)

Mr. Shek:

As you know I am legal counsel for California Nurses Association ("CNA") and Caregivers and Healthcare Employees Union ("CHEU") in the above-captioned case. My contact information is below.

Attached are copies of meet and confer correspondence that I have sent you via first class mail and U.P.S. overnight respectively. Also attached is a copy of a meet and confer letter from Nina Schichor, legal counsel representing the National Labor Relations Board, Region 32 in this matter, sent to you via overnight mail.

Neither Ms. Schichor nor I have received responses from you to date. Additionally, I have been unable to reach you by phone. I am therefore forwarding all of the correspondence to date regarding our meet and confer obligations to you via email to each of the email addresses I have for you.

Please review the correspondence, if you have not yet done so already, and provide Ms. Schichor (who is copied on this email) and I with your availability for a meet and confer.

Sincerely,

Holly L. Miller
Legal Counsel

2000 Franklin Street
Oakland, CA 94612
510-433-2716
510-663-4822 fax

**National Nurses United**
Support Single-Payer Universal Healthcare http://www.GuaranteedHealthcare.org
This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. If you are not the intended recipient, any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.



## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 1461 | 3/24/2011 | 3:31:20PM | Send | 15106635712 | 0:34 | 1 | OK |

*Ms Miller you asserted I did not response to your mail your email dated 3/25/11 said you have not heard from me, See Fax as proof. The truth is I faxed & mail this letter to & NLRB Region 32*

Nato Green, Labor Representative
California Nurses Association/National Nurses Organizing Committee, Caregivers & Healthcare Employees Union, AFL-CIO
2000 Franklin St., Oakland, CA 94612
Tel: (510) 273-2269 | Fax: (510) 663-5712
www.calnurses.org

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. If you are not the intended recipient, disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

*Calif Nurse Association your FAX #*

John Shek
Mailing address
2220 Santiago Street
SanFrancisco, Ca 94116

C.N.A / C.H.E.U
Ms .Holly Miller Esq
2000 Franklin street
Oakland , Ca 94609

NLBR Region 32
Ms Nina Schichor
1301 Clay Street # 300 N
Oakland , Ca 94612

Re ; Meet and Confer  March 28,2011 , March 29,2011, March 30,2011, March 31,2011
Federal District Court of SanFrancisco, California Case # 11- CV- 0212 WHA

Dear Ms Miller and Ms Schichor

I received you letter Federal Ex to me today.  I received your letter Dated March 17,2011 on March 22,2011 you have C.C. to Mr Moskowitz. I am available to meet on

March 28,2011 from 8:00 AM to 17:00 PM
March 29,2011 from 8: 00AM to 17:00PM

On March 30,2011 after 13:00 PM to 17:00PM
On March 31,2011  We can meet in the Fed. District Court Attorney conference room since The hearing was off schedule

If you have any question . please feel free to call me at  (415) 681-3618 or (415)975-1451
Both were my sister's phone.  I have been harassed so much don't have a cell phone

This letter will be sent by Priority mail

Sincerely yours

John Shek



JOHN SHEIK
2220 Santiago St
SF, CA 94116

Honorable William H Alsup.
United States District Court
450 Golden Gate Ave
SF, CA 94102