IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS,
REGION 32, and CALIFORNIA NURSES
ASSOCIATION C.H.E.U.,

    Defendants.

                               /

No. C 11-00212 WHA

**ORDER TO SHOW CAUSE**

      Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendants California Nurses Association, C.H.E.U., and National Labor Relations Board, Region 32, renoticed their previously-filed motions to dismiss plaintiff's complaint (Dkt. Nos. 19 and 23). Defendants noticed the hearing for April 21, 2011.

      Pursuant to Civil Local Rule 7-3, any briefs in opposition to defendants' motions were due on March 31, 2011, but no such opposition has been received. <u>Plaintiff John Shek is ordered to respond by **APRIL 22, 2011**, and show cause for his failure to respond to the motions</u> in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file late oppositions. The hearing on all of the pending motions and case management conference scheduled for April 21, 2011, are **VACATED**. A new motions hearing shall be noticed by the

Court if necessary.  If plaintiff does not respond by April 22, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 4, 2011.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2