IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SHEK, | No. C 11-00212 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL** |
| NATIONAL LABOR RELATIONS BOARD, REGION 32 and CALIFORNIA NURSES ASSOCIATION/ C.H.E.U., | |
| Defendants. / | |

This matter was dismissed for lack of subject-matter jurisdiction and the case closed on July 7, 2011. Plaintiff John Shek now moves "to stay execution of judgment pending appeal." The entirety of the motion states: "Pursuant to Federal Rule 60(b) plaintiff []John Shek, hereby move for motion to stay execution order/judgment to dismiss enter on July 07, 2011. Plaintiff file this motion to stay execution of judgment pending appeal to Court of Appeal [sic]" (caps and bold omitted).

FRCP 60(b) concerns grounds for relief from a final judgment, order, or proceeding. This order cannot discern what relief plaintiff is seeking, but he may be seeking to prevent his case from being closed. This case is *already* closed. The order of dismissal stated, "Plaintiff's next

step, if this case is to be pursued, is to file a timely notice of appeal and proceed to the court of appeals." That admonition remains. The motion, stating no grounds for relief, is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE